IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELA LAUREN FRETZ,      )
                               )
      Plaintiff,       )
                               )
      v.             )  C.A. No. 26-288-CFC-SRF
                               )
HOWARD LUTNICK, *et al.*,    )
                               )
      Defendants.    )

## ORDER

At Wilmington on this 16th day of June in 2026, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon filed on June 1, 2026 (D.I. 12), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 12) is **ADOPTED**.

2. Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. Amendment is futile.

3.     The Clerk of the Court is directed to **CLOSE** the case.

_____
Chief Judge